IAN FRASER-THOMSON   (BAR NO. 73526)
KRISTINA L. VEALRDE (BAR NO. 199299)
CESARI, WERNER AND MORIARTY
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile:   (415) 391-4626
5527-5M15
Attorneys for  Defendant,
MERCURY CASUALTY COMPANY
(erroneously sued as "Mercury Insurance Group")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GRANT | No. 2:11-CV-00360 – LKK – KJN |
| **Plaintiffs,** | |
| vs. | [**PROPOSED**] ORDER GRANTING MERCURY CASUALTY COMPANY AND MARY PICKETT'S REQUEST TO APPEAR TELEPHONICALLY FOR THE CASE MANAGEMENT CONFERENCE OF JULY 7, 2011 |
| UNITED STATES OF AMERICA, DEPARTMENT OF VETERANS AFFAIRS, VETERANS ADMINISTRATION SAN FRANCISCO, VETERANS ADMINISTRATION MEDICAL CENTER, DARRELL M. MCDONALD, MERCURY INSURANCE GROUP now known as MERCURY CASUALTY COMPANY, MARY PICKETT | DATE:    July 7, 2011<br>TIME:    10:00 a.m.<br>ROOM:    25 |
| **Defendants.** | |

This Court, having considered the request by counsel for MECURY CASUALTY COMPANY and MARY PICKETT ("Mercury Defendants") to appear telephonically at the July 7, 2011 Status (Pretrial Scheduling) Conference, herein grants such request.  Counsel for Mercury Defendants may appear telephonically from 415-391-1113 x14.

DATED: July 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-1-

**[PROPOSED] ORDER GRANTING MERCURY CASUALTY COMPANY AND MARY PICKETT'S REQUEST TO APPEAR TELEPHONICALLY AT THE JULY 7, 2011 CMC**