IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. GRANT,

    Plaintiff,       No.  CIV-S-11-0360-LKK-KJN-PS

    vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.      ORDER

_____/

    On June 9, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

////

////

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed June 9, 2011 (Dkt. No. 30), are ADOPTED;

2. Defendants Mary Pickett and Mercury Casualty Company's motion to dismiss is granted.

3. Plaintiff's fifth and sixth claims for relief are dismissed with prejudice.

4. Defendants Mary Pickett and Mercury Casualty Company are dismissed from this action.

DATED:   July 19, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT