BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
email:  yoshinori.himel@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRANT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS; VETERANS ADMINISTRATION [sic] SAN FRANCISCO VETERANS ADMINISTRATION [sic] MEDICAL CENTER,<br><br>    Defendants. | 2:11-cv-360-LKK-KJN-PS<br><br>**STIPULATION AND ORDER RE AMENDED COMPLAINT** |

   The parties hereby stipulate, subject to the approval of the Court as provided for hereon, as follows:

   1. Plaintiff's "Complaint for Damages: First Claim: (Federal Claim: Invasion of Privacy); Second Claim for Relief: Declaratory Relief," Exhibit A occupying pages 6 to 40 in plaintiff's motion for leave to amend the complaint filed July 21, 2011, Clerk's Record number ("CR") 50, shall be deemed FILED as the first amended complaint in the action.

   2. The date for response to the first amended complaint shall be September 8, 2011.

   3. Plaintiff's motion leave to amend the complaint, filed July 21, 2011, CR 50, set for hearing on August 25, 2011, shall be TAKEN OFF CALENDAR.

4.  Former defendant Darrell McDonald stands DISMISSED WITH PREJUDICE from this action.

Dated: July 25, 2011

BENJAMIN B. WAGNER
United States Attorney

By: */s/ YHimel*
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney

Dated: July 25, 2011

*/s/ Mark A. Grant*
MARK A. GRANT
Plaintiff pro se

ORDER

It is APPROVED and SO ORDERED.

DATED: July 26, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE