1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760
   Facsimile: (916) 554-2900
5  email: yoshinori.himel@usdoj.gov

6  Attorneys for Defendants,
   UNITED STATES OF AMERICA; DEPARTMENT OF VETERANS AFFAIRS; and
7  DEPARTMENT OF VETERANS AFFAIRS SAN FRANCISCO MEDICAL CENTER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| MARK A. GRANT, | 2:11-cv-360-LKK-KJN-PS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION RE STATUS OF AND SERVICE UPON DEFENDANT VA, DISMISSING MEDICAL CENTER WITH PREJUDICE; ORDER** |
| UNITED STATES OF AMERICA, and the DEPARTMENT OF VETERANS AFFAIRS; VETERANS ADMINISTRATION [sic] SAN FRANCISCO VETERANS ADMINISTRATION [sic] MEDICAL CENTER, | |
| Defendants. | |

   Plaintiff, Mark A. Grant, and defendants, the United States of America, its Department of Veterans Affairs, and the Department of Veterans Affairs San Francisco Medical Center, stipulate, subject to the approval of the Court as provided for hereon, as follows:

   1. The "Veterans Administration San Francisco Veterans Administration Medical Center" hereby is DISMISSED WITH PREJUDICE as a defendant, and the United States of America Department of Veterans Affairs, a federal agency ("VA"), hereby is SUBSTITUTED in its place as a defendant.

2. The headquarters of defendant VA, in Washington, DC, has not received service of a copy of the summons and of the complaint by registered or certified mail as required by Fed. R. Civ. P. 4(i)(2).

3. Defendant VA hereby WAIVES process service upon its headquarters under Fed. R. Civ. P. 4(i)(2).

Dated: October 25, 2011　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:   */s/ YHimel*
　　　　　　　　　　　　　　　　　　　　　YOSHINORI H. T. HIMEL
　　　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney


Dated: October 26, 2011　　　　　　　　　　　*/s/ Mark A. Grant*
　　　　　　　　　　　　　　　　　　　　　　MARK A. GRANT
　　　　　　　　　　　　　　　　　　　　　　Plaintiff pro se


## ORDER

The stipulation of the parties is APPROVED and SO ORDERED.

DATED: October 28, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE