IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. GRANT,

        Plaintiff,                    No. 2:11-cv-00360 LKK KJN PS

        v.

UNITED STATES OF AMERICA, et al.,

        Defendant.              <u>ORDER</u>

        On May 15, 2012, plaintiff filed a document entitled "Stipulated Protective Order For Standard Litigation" ("Stipulated Protective Order"), which is signed by all of the remaining parties in this case (Dkt. No. 76).[1] Plaintiff failed to submit an electronic Word or WordPerfect version of the Stipulated Protective Order with the court. Nevertheless, the undersigned approves the Stipulated Protective Order, except as provided below.

        Accordingly, IT IS HEREBY ORDERED that the parties' Stipulated Protective Order (Dkt. No. 76) is APPROVED, except that the court shall not "retain jurisdiction over enforcement of the terms of any protective order filed in the above entitled action" as provided in

////

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

Section 14 of the Stipulated Protective Order.

        IT IS SO ORDERED.

DATED: May 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE