IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. GRANT,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

/

No. 2:11-cv-00360 LKK KJN PS

ORDER MODIFYING SCHEDULING ORDER AND CONFIRMING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Defendants' motion for summary judgment (Dkt. No. 80) is presently set to be heard by the undersigned on September 13, 2012 (see Minute Order, Dkt. No. 81).[1] On the court's own motion, the court continues the hearing date on defendants' motion for summary judgment to October 18, 2012. However, the briefing schedule on defendants' motion shall remain unchanged such that: (1) plaintiff shall file his written opposition to the motion for summary judgment, or statement of non-opposition, on or before August 30, 2012; and (2) defendants shall file their reply brief, if any, on or before September 6, 2012.

////

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

The continuance of the hearing date on defendants' motion for summary judgment requires modification of the Status (Pretrial Scheduling) Order in this case. Thus, the law and motion completion deadline stated in the Status (Pretrial Scheduling) Order is continued to October 18, 2012, for the limited purpose of hearing defendants' motion for summary judgment. Additionally, the final pretrial conference and bench trial dates are modified below.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for summary judgment (Dkt. No. 80) shall be heard by the undersigned on October 18, 2012, at 10:00 a.m., in Courtroom 25.

2. Plaintiff shall file his written opposition to defendants' motion for summary judgment, or statement of non-opposition, on or before August 30, 2012.

3. Defendants shall file their reply brief, if any, on or before September 6, 2012.

4. The Status (Pretrial Scheduling) Order is further modified such that:

   a. The law and motion completion deadline is continued to October 18, 2012, for the limited purpose of hearing defendants' motion for summary judgment.

   b. The final pretrial conference is continued to February 19, 2013, at 1:30 p.m., in Courtroom 4.

   c. The bench trial is continued to May 21, 2013, at 10:30 a.m., in Courtroom 4.

IT IS SO ORDERED.

DATED: August 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE