IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. GRANT,

    Plaintiff,                                                        No. 2:11-cv-00360 LKK KJN PS

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.                                                       <u>ORDER</u>

_____/

    On August 29, 2012 and August 31, 2012, plaintiff filed "motions to dismiss" the action with prejudice. (Dkt. Nos. 87, 88.) Subsequently, on September 27, 2012, defendants filed a "statement of no opposition to plaintiff's motion to dismiss complaint in its entirety." (Dkt. No. 92.) If the parties desire to have this action dismissed with prejudice, they shall file a stipulation of dismissal signed by all parties who have appeared pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) within seven (7) days of this order. In the absence of such a filed stipulation of dismissal, the pending motions noticed for hearing on October 18, 2012 shall remain on calendar.

    IT IS SO ORDERED.

DATED: September 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1